AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  **6:25-cv-00064**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Smartrent Technologies, Inc. fka Smartrent.com** was recieved by me on **1/24/2025:**

☐ I personally served the summons on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **Noelle Green**, who is designated by law to accept service of process on behalf of **Smartrent Technologies, Inc. fka Smartrent.com** at **7901 4th St N Ste 300, Saint Petersburg, FL 33702** on **01/28/2025 at 11:30 AM**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

I declare under penalty of perjury that this information is true.

Date: 01/29/2025

*Server's signature*

**Joseph Daly**
*Printed name and title*

**33090 Rosewood Bark Way**
**Wesley Chapel, FL 33545**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT, to Noelle Green who identified themselves as the employee of the registered agent with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired female contact 18-25 years of age, 5'4"-5'6" tall and weighing 120-140 lbs.**



Tracking #: **0156645640**

